# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  CARY R. HESS & MARY K. HESS          Case Number: 05-72504
520 FROST COURT                  SSN-xxx-xx-2384 & xxx-xx-6092
ROCKFORD, IL  61103

Case filed on: 5/17/2005
Plan Confirmed on: 7/22/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $4,250.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 013 | PIERCE AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | CARY R. HESS | 0.00 | 0.00 | 169.18 | 0.00 |
| 999 | CARY R. HESS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 169.18 | 0.00 |
| 003 | WFS FINANCIAL | 2,048.86 | 2,048.86 | 2,048.86 | 405.47 |
|  | Total Secured | 2,048.86 | 2,048.86 | 2,048.86 | 405.47 |
| 001 | COUNTRYWIDE HOME LOANS | 42,893.45 | 0.00 | 0.00 | 0.00 |
| 002 | US BANK CONSUMER FINANCE | 4,648.04 | 0.00 | 0.00 | 0.00 |
| 003 | WFS FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN CASH N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CHECK INTO CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CHECKS FOR CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COTTONWOOD FINANCIAL | 1,187.43 | 0.00 | 0.00 | 0.00 |
| 011 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MEDICAL DENTAL HOSPITAL BUREAU | 38.40 | 0.00 | 0.00 | 0.00 |
| 014 | COTTONWOOD FINANCIAL LTD | 1,085.34 | 0.00 | 0.00 | 0.00 |
| 015 | ROCKFORD MERCANTILE AGENCY INC | 135.16 | 0.00 | 0.00 | 0.00 |
| 016 | MUTUAL MANAGEMENT SERVICES | 12.50 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 50,000.32 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 53,413.18 | 3,412.86 | 3,582.04 | 405.47 |

Total Paid Claimant:     $3,987.51
Trustee Allowance:       $262.49
Percent Paid Unsecured:      0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008          By  /s/Heather M. Fagan